**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ROBERTA GRIPPON,**

    Plaintiff,

                                    **CASE NO.    3:11-cv-081**

**-vs-**

                                    **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; the matter **REMANDED** to the ALJ for an immediate award of benefits; and that the case be **CLOSED**.

Date:  November 22, 2011                    **JAMES BONINI, CLERK**

                                                By: s/ M. Rogers
                                                Deputy Clerk