UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ROBERTA GRIPPON,**

   Plaintiff,

                             **CASE NO.   3:11-cv-081**

**-vs-**

                             **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; the matter **REMANDED** to the ALJ for an immediate award of benefits; and that the case be **CLOSED**.

Date:   November 22, 2011                     **JAMES BONINI, CLERK**

                                                      By: <u>s/ M. Rogers</u>
                                                      Deputy Clerk