UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERTA GRIPPON,

Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

Case No. 3:11-cv-81

Judge Timothy S. Black

**ORDER AWARDING ATTORNEY'S FEES AND EXPENSES TO PLAINTIFF PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation to award EAJA fees. (Doc. 17). Given the parties' stipulation, which the Court finds to be reasonable and proper, the Court hereby orders an award to the Plaintiff of $2,200.000 for attorney fees and expenses authorized under 28 U.S.C. § 2412(d). This award satisfies Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.[1]

**IT IS SO ORDERED.**

Date: 2/28/12

Timothy S. Black
United States District Judge

---

[1] Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).