UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTA GRIPPON, | : | Case No. 3:11-cv-81 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## ORDER THAT PLAINTIFF'S MOTION FOR ATTORNEY FEES (Doc. 19) IS GRANTED AND COUNSEL IS AWARDED $8,300.00

This case is a Social Security disability benefits appeal under which the Court determined that the ALJ's non-disability finding was not supported by substantial evidence and was reversed, awarding benefits in favor of Plaintiff. (Doc. 15). Seeking to be compensated for the legal expenses incurred in obtaining the benefits award, Plaintiff's counsel has filed a fee application (Doc. 19) pursuant to Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1). This section provides that:

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled by reason of such judgment.

While the Commissioner does not consent to the fee, he does not object to the reasonableness of the fee requested. (Doc. 19 at 1).

Accordingly, in light of the services which Plaintiff's attorney has performed as reflected in the Fee Application Affidavit, counsel is awarded a fee in the amount of $8,300.00.

**IT IS SO ORDERED.**

Date: 8/21/12

Timothy S. Black
United States District Judge